JULIE GUTMAN DICKINSON (SBN 148267)
jgutmandickinson@bushgottlieb.com
LISA C. DEMIDOVICH (SBN 245836)
ldemidovich@bushgottlieb.com
BUSH GOTTLIEB, A LAW CORPORATION
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

*Attorneys for Defendants Screen Actors Guild-American Federation of Television and Radio Artists Michael Pniewski, and David Hartley-Margolin*

JEFFREY DEMAIN (SBN 126715)
jdemain@altber.com
DANIELLE LEONARD (SBN 218201)
dleonard@altber.com
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Proposed Defendants Gabrielle Carteris, David P. White, Duncan Crabtree-Ireland, Ray Rodriguez, John T. McGuire, John Carter Brown, and Linda Powell*

*Additional counsel and parties listed on following pages*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS FISHER,<br><br>    Plaintiff,<br><br>    v.<br><br>SAG-AFTRA, et al.,<br><br>    Defendants. | CASE NO.: 2:21-cv-5215-CAS-JEM<br><br>**JOINT STIPULATION FOR BRIEFING OF THE APPLICATION FOR LEAVE TO ADD SECTION 501(a) CLAIM AND RULE 12 MOTION**<br><br>Judge:  The Hon. Christina A. Snyder |

Case No. 2:21-cv-5215-CAS-(JEMx)
Joint Stipulation for Briefing on the Application for Leave to Add Section 501(a) Claim and Rule 12 Motion

762726v2  11840-31004

NEVILLE LAWRENCE JOHNSON (SBN 66329)
njohnson@jjllplaw.com
DOUGLAS L. JOHNSON (SBN 209216)
djohnson@jjllplaw.com
DANIEL BORIS LIFSCHITZ (SBN 285068)
dlifschitz@jjllplaw.com
JOHNSON AND JOHNSON LLP
439 North Canon Drive Suite 200
Beverly Hills, CA 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095

STEVEN A. SCHWARTZ (*Pro Hac Vice*)
sas@chimicles.com
CHIMICLES SCHWARTZ KRINER
AND DONALDSON-SMITH LLP
361 West Lancaster Avenue
Haverford, PA 19041-0100
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

ROBERT J. KRINER, JR. (*Pro Hac Vice*)
rjk@chimicles.com
EMILY L. SKAUG (*Pro Hac Vice*)
els@chimicles.com
CHIMICLES SCHWARTZ KRINER
AND DONALDSON-SMITH LLP
2711 Centerville Road Suite 201
Wilmington, DE 19808
Telephone (302) 656-2500
Facsimile: (302) 656-9053

EDWARD SIEDLE (*Pro Hac Vice* pending)
esiedle@aol.com
LAW OFFICES OF EDWARD SIEDLE
17789 Fieldbrook Circle West
Boca Raton, FL  33496
Telephone: (561) 703-5958

*Attorneys for Plaintiffs Frances Fisher
on behalf of herself and all other similarly
situated members SAG-AFTRA*

# STIPULATION

This stipulation is entered into by and among plaintiff Francis Fisher and defendants Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA"), Gabrielle Carteris, David P. White, Duncan Crabtree-Ireland, Ray Rodriguez, Michael Pniewski, David Hartley-Margolin, John T. McGuire, John Carter Brown, and Linda Powell (collectively, "Individual Defendants"), by and through their respective counsel:

1. Plaintiff Francis Fisher filed an application for leave to file proposed complaint pursuant to 29 U.S.C. Section 501(a) on June 25, 2021, along with a proposed complaint asserting claims pursuant to 29 U.S.C. §159(a) and §501(a).

2. On July 28, 2021, the Court denied plaintiff's application without prejudice, and directed the parties to meet and confer and submit a stipulated schedule for the anticipated filing of Plaintiff's complaint asserting the §159(a) claim, and application to add her 501 claim, and the simultaneous briefing of Defendants' opposition to that application and any responsive pleading and/or Rule 12 motion with respect to the complaint.

3. On August 2, 2021, Defendant SAG-AFTRA and Individual Defendants agreed that they would waive service of process with respect to any forthcoming complaint and application pursuant to Rule 4(d).

4. In the interests of efficiency for the parties and the Court, the parties by and between the undersigned counsel and pursuant to L.R. 8-3, conferred by Zoom because counsel are located in different cities, on August 2, 2021, and agreed to the following briefing schedule:

   a. Plaintiff shall file any complaint setting forth her Section 159(a) claim alongside a verified Application for leave to add a claim pursuant to Section 501(a) (along with the proposed amended complaint setting forth that additional claim) by no later than August 6, 2021.

      b.    Defendants' Opposition to Plaintiff's Application and any Rule 12 Motions in this matter shall be due no later than October 6, 2021.

      c.    Plaintiff's response to Defendants' Opposition to Application and her Opposition to Defendants' Rule 12 Motions shall be due no later than November 22, 2021.

      d.    Defendants' replies to Plaintiff's response and opposition shall be due no later than January 7, 2022.

      e.    A hearing date as scheduled by the Court.

DATED: August 4, 2021

JULIE GUTMAN DICKINSON
LISA C. DEMIDOVICH
**BUSH GOTTLIEB, A LAW CORPORATION**

By: */s/ Julie Gutman-Dickinson*
     JULIE GUTMAN-DICKINSON
Attorneys for SAG-AFTRA, David Hartley-Margolin and Michael Pniewski

DATED: August 4, 2021

JEFFREY DEMAIN
DANIELLE LEONARD
**ALTSHULER BERZON LLP**

By: */s/ Danielle Leonard*
     DANIELLE LEONARD
Attorneys for Proposed Defendants Gabrielle Carteris, David P. White, Duncan Crabtree-Ireland, Ray Rodriguez, John T. McGuire, John Carter Brown, and Linda Powell

| | | |
|---|---|---|
| 1 | DATED: AUGUST 4, 2021 | NEVILLE LAWRENCE JOHNSON |
| 2 | | DOUGLAS L. JOHNSON |
| | | DANIEL BORIS LIFSCHITZ |
| 3 | | **JOHNSON AND JOHNSON LLP** |
| 4 | | ROBERT J. KRINER, Jr. |
| 5 | | STEVEN A. SCHWARTZ |
| | | EMILY L. SKAUG |
| 6 | | **CHIMICLES SCHWARTZ KRINER AND DONALDSON-SMITH LLP** |
| 7 | | |
| 8 | | EDWARD SIEDLE |
| | | **LAW OFFICES OF EDWARD SIEDLE** |

By: */s/ Robert Kitner*
ROBERT KITNER
Attorneys for Frances Fisher on behalf of herself and all other similarly situated members of SAG-AFTRA