DANIELLE LEONARD (SBN 218201)
dleonard@altber.com
JEFFREY B. DEMAIN (SBN 126715)
jdemain@altber.com
CORINNE F. JOHNSON (SBN 287385)
cjohnson@altber.com
Altshuler Berzon LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Defendants David P. White, Ray Rodriguez, John T. McGuire, John Carter Brown, and Linda Powell and Proposed Defendants Gabrielle Carteris and Duncan Crabtree-Ireland*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francis Fisher,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SAG-AFTRA, *et al.*,<br><br>　　　Defendants. | CASE NO.: 2:21-cv-5215-CAS-JEM<br><br>**PROPOSED 29 U.S.C. §501 CLAIM DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: January 24, 2022<br>Time: 10:00 a.m.<br>Judge: The Hon. Christina A. Snyder |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL:**

You are hereby notified that on January 24, 2022, at 10:00 a.m., in the courtroom of the Honorable Judge Christina A. Snyder of the Federal District Court for the Central District of California, located in Courtroom 8D, 8th Floor of the First Street Courthouse, 350 W. First Street, Los Angeles, CA 90012, Defendants David P. White, Ray Rodriguez, John T. McGuire, John Carter Brown, and Linda Powell and Proposed Defendants Gabrielle Carteris and Duncan Crabtree-Ireland (collectively, "Proposed 501 Defendants") will and hereby move the Court for an order dismissing with prejudice the claims against them in Plaintiff's Complaint, Docket No. 20, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Defendants David P. White, Ray Rodriguez, John T. McGuire, John Carter Brown, and Linda Powell move to dismiss Plaintiff's claims against them for breach of the duty of fair representation ("DFR") under 29 U.S.C. §159(a) because those claims are barred by the statute of limitations; because as individual union officers these defendants are immune from suit for breaches of the DFR; and because even taking Plaintiff's allegations as true, they fail as a matter of law to state a DFR claim.

Further, to the extent that the Court grants Plaintiff's Application for Leave to Add Claim Pursuant to 29 U.S.C. §501, Docket No. 23, the Proposed 501 Defendants move to dismiss the Section 501 claims against them because even taking Plaintiff's allegations as true, they fail as a matter of law to state a Section 501 claim.[1]

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, and the accompanying Declaration of Danielle E. Leonard, on any papers submitted on reply, on Plaintiff's Complaint and Application for Leave to Add Claim Pursuant to 29 U.S.C. §501, on

---

[1] Proposed 501 Defendants are filing herewith a combined memorandum of points and authorities in support of this Motion to Dismiss and in opposition to Plaintiff's Section 501 Application.

1 such oral argument as may be presented at the hearing on the motion, on such and
2 other further matters as the Court may properly consider.
3     This Motion is made following the conference of counsel pursuant to L.R. 7-3
4 which took place on September 27, 2021.

Respectfully submitted,

Dated: October 6, 2021

/s/ *Corinne F. Johnson*
   Corinne F. Johnson

DANIELLE LEONARD
JEFFREY DEMAIN
CORINNE F. JOHNSON
Altshuler Berzon LLP

*Attorneys for Attorneys for Defendants David P. White, Ray Rodriguez, John T. McGuire, John Carter Brown, and Linda Powell and Proposed Defendants Gabrielle Carteris and Duncan Crabtree-Ireland*