DANIELLE LEONARD (SBN 218201)
dleonard@altber.com
JEFFREY B. DEMAIN (SBN 126715)
jdemain@altber.com
CORINNE F. JOHNSON (SBN 287385)
cjohnson@altber.com
Altshuler Berzon LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Defendants David P. White, Ray Rodriguez, John T. McGuire, John Carter Brown, and Linda Powell and Proposed Defendants Gabrielle Carteris and Duncan Crabtree-Ireland*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francis Fisher,<br><br>   Plaintiff,<br><br>   v.<br><br>SAG-AFTRA, *et al.*,<br><br>   Defendants. | CASE NO.: 2:21-cv-5215-CAS-JEM<br><br>**[PROPOSED] ORDER GRANTING 29 U.S.C. §501 CLAIM DEFENDANTS' MOTION TO DISMISS AND DENYING PLAINTIFF'S APPLICATION FOR LEAVE TO ADD CLAIM PURSUANT TO 29 U.S.C. §501** |

1    This matter came on for hearing before this Court on January 24, 2022.  The
2 Court has considered the moving and opposing papers and all other matters of which
3 the Court may take judicial notice, arguments of counsel, and all other matters
4 presented to the Court.  For the reasons set forth in the Proposed 29 U.S.C. §501
5 Claim Defendants' Combined Memorandum of Points and Authorities in Support of
6 Motion to Dismiss and in Opposition to Plaintiff's Verified Application for Leave to
7 Add Claim Pursuant to 29 U.S.C. §501(a), ECF No. 26-1, IT IS HEREBY
8 ORDERED, ADJUDGED, AND DECREED THAT:
9    The Proposed 29 U.S.C. §501 Claim Defendants' Motion to Dismiss, ECF No.
10 26, is GRANTED and Plaintiff's cause of action under 29 U.S.C. §159(a) for breach
11 of the duty of fair representation against Defendants David P. White, Ray Rodriguez,
12 John T. McGuire, John Carter Brown, and Linda Powell is DISMISSED WITHOUT
13 LEAVE TO AMEND under Federal Rule of Civil Procedure 12(b)(6); and
14    Plaintiff's Verified Application for Leave to Add Claim Pursuant to 29 U.S.C.
15 §501(a), ECF No. 23, is DENIED with prejudice.

Dated:                                    _____
                                          Hon. Christina A. Snyder